**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| HONX, INC.[1] § | Case No. 22-90035 (MI) |
| § | |
| Debtor § | Chapter 11 |
| § | |

**NOTICE OF APPEAL OF MINUTE ENTRY ORDER**
**COMPELLING PRODUCTION OF DOCUMENTS,**
**AND ORDER OF JANUARY 25, 2023 CONCERNING SANCTIONS**
[Related to Docket Nos. 609, 643]

Burns Charest LLP – respondent and a non-party to this action – by and through its undersigned counsel, hereby appeals the Minute Entry [Docket No. 609] issued by the United States Bankruptcy Court for the Southern District of Texas on January 13, 2023, ordering production of documents on the basis of an emergency motion, as well as the order entered January 25, 2023 [Docket No. 643] (attached hereto as **Exhibit A**), threatening the assessment of sanctions for any perceived non-compliance with the order to produce documents. The names of all parties to this appeal and the names, addresses, and telephone numbers of their respective attorneys are as follows:

---

[1] The Debtor in this chapter 11 case, along with the last four digits of the Debtor's federal tax identification number, is HONX, Inc. (2163). The location of the Debtor's service address in this chapter 11 case is: 1501 McKinney Street, Houston, Texas, 77010.

1

13783277

| *Appellants:* | *Counsel:* |
|---|---|
| Burns Charest LLP | PORTER HEDGES LLP |

John F. Higgins (TX Bar No. 09597500)
M. Shane Johnson (TX Bar No. 24083263)
Porter Hedges LLP
1000 Main Street, 36th Floor
Houston, Texas   77002-2764
Telephone: (713) 226-6000
Facsimile: (713) 226-6255
Email: jhiggins@porterhedges.com
      sjohnson@porterhedges.com

-and-

BURNS CHAREST LLP
Warren T. Burns (TX Bar No. 24053119)
Daniel H. Charest (TX Bar No. 24057803)
900 Jackson Street, Suite 500
Dallas, TX 75202
Telephone: (469) 904-4555
Facsimile: (469) 444-5002
Email: dcharest@burnscharest.com

| *Appellee:* | *Counsel:* |
|---|---|
| HONX, Inc. | JACKSON WALKER LLP |

Matthew D. Cavenaugh (TX Bar No. 24062656)
Jennifer F. Wertz (TX Bar No. 24072822)
Veronica A. Polnick (TX Bar No. 24079148)
1401 McKinney Street, Suite 1900
Houston, TX 77010
Telephone: (713) 752-4200
Facsimile: (713) 752-4221
Email:  mcavenaugh@jw.com
      jwertz@jw.com
      vpolnick@jw.com

-and-

|  |  |
|---|---|
|  | KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Christopher T. Greco, P.C. (admitted *pro hac vice*)<br>Matthew C. Fagen (admitted *pro hac vice*)<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone: (212) 446-4800<br>Facsimile: (212) 446-4900<br>Email:  christopher.greco@kirkland.com<br>            matthew.fagen@kirkland.com<br><br>-and-<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Jaimie Fedell (TX Bar No. 24093423) (admitted *pro hac vice*)<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone: (312) 862-2000<br>Facsimile: (312) 862-2200<br>Email: jaimie.fedell@kirkland.com<br><br>- and -<br><br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>Michael F. Williams, P.C. (admitted *pro hac vice*)<br>Daniel T. Donovan, P.C. (admitted *pro hac vice*)<br>1301 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>Telephone: (202) 389-5000<br>Facsimile: (202) 389-5200<br>Email:  michael.williams@kirkland.com<br>            daniel.donovan@kirkland.com |
| *Other Interested Party:* | *Counsel:* |
| Hess Corporation | HAYNES AND BOONE, LLP<br>Charles A. Beckham, Jr. (TX Bar No. 02016600)<br>Arsalan Muhammad (TX Bar No. 24074771)<br>1221 McKinney Street, Suite 4000<br>Houston, TX 77010<br>Telephone: (713) 547-2000<br>Facsimile: (713) 547-2600<br>Email: charles.beckham@haynesboone.com<br>            arsalan.muhammad@haynesboone.com<br><br>-and- |

3

13783277

>HAYNES AND BOONE, LLP
>Martha Wyrick (TX Bar No. 24101606)
>2323 Victory Ave., Suite 700
>Dallas, TX 75219
>Telephone: (214) 651-5000
>Facsimile: (214) 651-5940
>Email: martha.wyrick@haynesboone.com

*[Remainder of page intentionally left blank]*

Dated: January 26, 2023

        Respectfully submitted,

        **PORTER HEDGES LLP**

        */s/ John F. Higgins*
        John F. Higgins (TX Bar No. 09597500)
        M. Shane Johnson (TX Bar No. 24083263)
        1000 Main Street, 36th Floor
        Houston, Texas   77002-2764
        Telephone: (713) 226-6000
        Facsimile: (713) 226-6255
        jhiggins@porterhedges.com
        sjohnson@porterhedges.com

        -and-

        **BURNS CHAREST LLP**
        Warren T. Burns
        Daniel H. Charest
        State Bar No. 24057803
        900 Jackson Street, Suite 500
        Dallas, TX 75202
        Telephone: (469) 904-4555
        Facsimile: (469) 444-5002
        wburns@burnscharest.com
        dcharest@burnscharest.com

        ***ATTORNEYS FOR BC LITIGANTS***

## CERTIFICATE OF SERVICE

    I certify that a copy of this document was served on January 26, 2023, on all parties entitled to receive service through the Court's ECF system.

        */s/ John F. Higgins*
        John F. Higgins

5

13783277

## **EXHIBIT A**

**Order of January 25, 2023**

United States Bankruptcy Court
Southern District of Texas
**ENTERED**
January 25, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO: 22-90035 |
| HONX, INC., | § | |
| | § | |
| Debtor. | § | |
| | § | |
| | § | CHAPTER 11 |

## ORDER

The Court is extraordinarily concerned about the allegations and implications of the Emergency Motion to Compel filed at ECF No. 641. The Court orders:

1. Not later than 2:00 p.m. on January 25, 2023, Burns Charest must file its certification that (a) it has fully complied with the Court's order compelling it immediately to produce documents, rendered on the record on January 13, 2023; or (b) it has not fully complied with the Court's order compelling it immediately to produce documents, rendered on the record on January 13, 2023.

2. If Burns Charest either (i) fails to file the certification for any reason; or (ii) files a certification under paragraph 1(b), it must pay a daily coercive sanction of $10,000.00 on or before 2:00 p.m. into the Court's registry and file proof of such payment by 2:00 p.m.

3. Additional daily coercive sanctions are imposed on a daily basis and must be paid into the Court's registry not later than 2:00 p.m. on each day until the certification required by paragraph 1(a) has been filed. The amount of the sanctions, pending the filing of a certificate as required by paragraph 1, will increase by 50% on a daily basis for each day of non-compliance (exclusive of Saturdays, Sundays and Federal Holidays, when no coercive sanction will be payable); provided, the maximum daily sanction will be capped at $150,000.00. By way of example, if there is non-compliance on Friday, January 27, 2023, the daily sanction is $22,500.00.

4. Glaston Quashie is ordered to appear at a deposition at 9:00 a.m. on February 3, 2023 at the location designated in the subpoena filed at ECF 641-1.

5. The deposition will be conducted in accordance with Federal Rule of Bankruptcy Procedure 7030, including without limitation the provisions of Fed. R. Civ. P. 30(c)(2), which is incorporated into Rule 7030. Counsel are specifically ordered that they may not make speaking objections during the course of the deposition, may not confer with their client during the course of the deposition, may not instruct the client not to answer

questions except as authorized by Rule 30, and may not make comments or statements during the course of the deposition.

SIGNED 01/25/2023

_____
Marvin Isgur
United States Bankruptcy Judge